# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| CBT SUPPLY, INC., d/b/a SMARTDESKS, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO.: 1:05-CV-03471 WDQ ) |
| v. | ) ) |
| SMARTDESKS, INC., *et al*. | ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, CBT Supply Inc., d/b/a Smartdesks, by its undersigned counsel and pursuant to Rule 41(a) of Federal Rules of Civil Procedure, voluntarily dismisses, the Complaint it filed with this Court on December 30, 2005. The dismissal of this action with without prejudice

Respectfully submitted,

Seyfarth Shaw LLP

/s/James M. Mesnard
James M. Mesnard, Bar No. 4072
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
Telephone - (202) 463-2400
Facsimile - (202) 828-5393
jmesnard@seyfarth.com

|  |  |
|---|---|
| January 25, 2006 | Mark L. Seigel<br>Matthew N. Foree<br>Seyfarth Shaw LLP<br>1545 Peachtree Street, N.E., Suite 700<br>Atlanta, GA  30309-2401<br>Telephone – (404) 885-1500<br>Facsimile – (404) 892-7056<br><br>ATTORNEYS FOR CBT SUPPLY, INC., D/B/A SMARTDESKS AND JEFFREY KORBER |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| SMARTDESKS, INC., and | ) |
| | ) |
| PETER J. STENGEL, | ) |
| | ) CIVIL ACTION NO.: |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) **CERTIFICATE OF SERVICE** |
| CBT SUPPLY, INC., and | ) |
| | ) |
| JEFFREY KORBER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2006 a copy of the ***Notice of Voluntary Dismissal Without Prejudice*** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott A. Conwell
Conwell, LLC
2138 Priest Bridge Court, Suite No. 4
Crofton, Maryland  21114
scott@conwellusa.com

/s/James M. Mesnard
James M. Mesnard
Bar No. 4072
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C.  20006
Telephone: (202) 463-2400
Facsimile:  (202) 828-5393
jmesnard@seyfarth.com

DC1 30159692.1 / 39972-000002